US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

DEC 19 2018

DOUGLAS F. YOUNG, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**ERIC ALEXANDER**                                                                 **PLAINTIFF**

**V.**                                    NO. 18-2208

**COMMUNITY HEALTH SYSTEMS**
**PROFESSIONAL SERVICES CORPORATION,**
**d/b/a SHARED SERVICES CENTER**                          **DEFENDANT**

## COMPLAINT

COMES NOW the Plaintiff, Eric Alexander, by and through his attorney, Bradley Hull, and for his Complaint states and alleges as follows:

### SUMMARY

1. This is an employment/civil rights action involving discrimination on the basis of the Plaintiff's disability.

### JURISDICTION

2. The Plaintiff is an individually residing in the State of Arkansas. He is disabled within the meaning of the Arkansas Civil Rights Act ("ACRA"), the Americans with Disabilities Act ("ADA"), and the Americans with Disabilities Act Amendments Act ("ADAAA").

3. At all relevant times, the Defendant, a Delaware corporation, has continuously operated in the State of Arkansas and the City of Fort Smith and has had at least fifteen (15) employees.

4. At all relevant times, the Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of the ADA.

5. At all relevant times, the Defendant has been a covered entity in accordance

1

with the provisions of the ADA.

6. The unlawful actions against the Plaintiff all occurred at the Shared Services Center located in the City of Fort Smith, Arkansas.

7. The Defendant is subject to general personal jurisdiction in this judicial district and division. Venue and jurisdiction are proper in this Court.

## STATEMENT OF CLAIMS

8. The Plaintiff was previously employed by the Defendant. The Defendant wrongfully terminated the Plaintiff on December __, 2017. The Plaintiff subsequently filed a charge with the Equal Employment Opportunity Commission ("EEOC"), which is attached hereto as Exhibit A.

9. The EEOC investigated the charge and issued a right to sue notice, which is attached hereto as Exhibit C.

10. The Defendant discriminated against the Plaintiff on the basis of his disability. The Plaintiff informed the Defendant that he suffered from a disability, sleep apnea. The Defendant did not offer the Plaintiff an accommodation, nor engage in any process to consider an accommodation. The Defendant terminated the Plaintiff due to sleep related issues, which were caused by his disability.

11. Sleep apnea is a disability covered by the ACRA, ADA, and the ADAAA. The Plaintiff's impairment has substantially limited his major life activities, in particular causing substantial disturbance with his sleeping. The Plaintiff is and was able to perform the duties of his position and is a qualified individual for the job he had with the Defendant.

12. The Defendant's actions are unlawful, and the Plaintiff brings counts against the Defendant for disability discrimination under the ADA, the ADAAA and the ACRA.

13.  The unlawful actions described herein were intentional and done with malice or reckless indifference to the protected rights of the Plaintiff.

WHEREFORE, the Plaintiff, Eric Alexander, requests that this Court order the Defendant to make him whole providing appropriate back pay with prejudgment interest, in amounts to be proved at trial, providing compensation for past and future pecuniary losses, providing compensation for past and future nonpecuniary losses (including emotional pain, suffering, inconvenience, and mental anguish; order the Defendant to pay punitive damages for its malicious and/or reckless conduct; award the Plaintiff costs and attorneys fees; and grant such further relief as the Court deems necessary and proper.

The Plaintiff requests a jury trial on all questions of fact raised by the Complaint.

Respectfully Submitted,

Bradley Hull ABA No.: 2017126
KEVIN HICKEY LAW PARTNERS
502 Garrison Avenue
Fort Smith, AR 72901
479.434.2414 Phone
479.434.2415 Fax
Brad@kevinhickeylaw.com